UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
NO. _____

**THE ESTATE OF ARDIE BYRD by**
**RUTH BYRD, Administratrix**                                    **PLAINTIFFS**

**v.**

**TRI-STATE HEALTH AND REHABILITATION;**
**TRI-STATE MANOR, LLC;**
**LUIS PANNOCHIA, M.D.; and**
**HEARTLAND MEDICAL, P.C.**                                      **DEFENDANTS**

## NOTICE OF REMOVAL

Come the Defendants, Luis Pannocchia, M.D. and Heartland Medical, P.C., by counsel, and hereby gives notice of their removal of this case to the United States District Court, Eastern District of Kentucky, London Division, from the Clay Circuit Court, Clay County, Kentucky, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support of this Notice, these Defendants state the following:

1. The above-styled action was commenced as a medical malpractice suit against the Defendants on January 26, 2018 in the Circuit Court for the County of Clay, Commonwealth of Kentucky and is now pending in that court. A copy of the Plaintiff's Complaint setting forth a claim for relief upon which the action is based was first received by the undersigned Defendants on February 1, 2018.

2. The Plaintiff, Ruth Byrd, Administratrix of the Estate of Ardie Byrd, is a resident and citizen of the state of Kentucky. The decedent, Ardie Byrd, was a resident and citizen of the state of Kentucky.

3. Defendant Luis Pannocchia, M.D., is a resident and citizen of the state of Tennessee. Defendant Heartland Medical, P.C., was a Tennessee professional corporation with its principal place of business in Claiborne County, Tennessee.

4. Defendant Tri-State Health and Rehabilitation is an assumed name corporation of Tri-State Manor, LLC, a Tennessee corporation with its principal place of business in Claiborne County, Tennessee and its principal office in Horry County, South Carolina.

5. Based upon the allegations in Plaintiffs' Complaint, the amount in controversy exceeds $75,000.00, exclusive of costs and interest.

6. These Defendants are entitled to remove to this Court pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 based on diversity of citizenship and the amount in controversy exceeding $75,000.00.

7. Pursuant to 28 U.S.C. §1446, this Notice is being filed within 30 days after the receipt of the Plaintiff's Complaint by the undersigned Defendants.

8. The Clay Circuit Court is located within the Eastern District of Kentucky, London Division; therefore, venue is proper within this Court pursuant to 28 U.S.C. §115(a)(2) because it is "a district and division embracing the place where such action is pending." 28 U.S.C. §1441(a).

9. A copy of the summons issued to the undersigned Defendants as well as a copy of the Plaintiff's Complaint (Exhibit A) is attached. Further, a copy of this Notice of Removal is being filed with the Clay Circuit Court and served on counsel for Plaintiff.

WHEREFORE, Defendants Luis Pannocchia, M.D. and Heartland Medical, P.C., respectfully remove this action from Clay Circuit Court, Clay County Kentucky, to this Court pursuant to 28 U.S.C. §1441.

Respectfully submitted,

/s/ Bridget A. Coraz
Daniel G. Brown
Bridget A. Coraz
Scott R. Redding
Gazak Brown, P.S.C.
3220 Office Pointe Place
Suite 200
Louisville, Kentucky 40220
(502) 412-5020 Tel.
(502) 412-1004 Fax
dbrown@gazakbrown.com
bcoraz@gazakbrown.com
sredding@gazakbrown.com
Service Email:
pleadings@gazakbrown.com
*Counsel for Defendants,*
*Luis Pannocchia, M.D. and*
*Heartland Medical, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage pre-paid, this 22nd day of February, 2018 to the following:

Jason E. Williams
Gregory E. H. Smith
E. Tyler Suttle
303 South Main Street
P.O. Box 3199
London, Kentucky 40743-3199
606-877-5291 Tel.
606-877-5294 Fax
*Counsel for Plaintiffs*

Tri-State Health and Rehabilitation
SERVE:
600 Shawnee Road
Harrogate, TN 37752

Tri-State Manor, LLC
SERVE:
820 67th Ave. N. # 71030
Myrtle Beach, SC 29572


<u>/s/ Bridget A. Coraz</u>
One of Counsel for Defendants,
Luis Pannochia, M.D. and
Heartland Medical, P.C.