James S. Phillips, Clay Circuit Clerk
316 Main Street, Ste. 108
Manchester, KY 40962-1377

LUIS PANNOCHIA, M.D.
309 N. BROAD STREET
NEW TAZEWELL, TN 37825



# KCOJ eFiling Cover Sheet

Case Number: 18-CI-00019

Envelope Number: 852693

Package Retrieval Number: 8526936230657@00000054083

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.40

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **18-CI-00019**<br>Court:  **CIRCUIT**<br>County: **CLAY** |

*Plantiff,* BYRD, RUTH , ET AL VS. TRI-STATE HEALTH AND REHABILITATION,, *Defendant*

TO:  **LUIS PANNOCHIA, M.D.**
     **309 N. BROAD STREET**
     **NEW TAZEWELL, TN 37825**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ James S. Phillips, Clay Circuit Clerk
Date: **01/26/2018**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____        Served By _____

                                      Title _____

---

Summons ID: 852693623O657@00000054083
CIRCUIT: 18-CI-00019 Certified Mail
BYRD, RUTH , ET AL VS. TRI-STATE HEALTH AND REHABILITATION,



Page 1 of 1

**eFiled**

Package:000002 of 000016    Presiding Judge: HON. OSCAR GAYLE HOUSE (641293)    Package : 000002 of 000016

Filed 18-CI-00019 01/26/2018 James S. Phillips, Clay Circuit Clerk

COMMONWEALTH OF KENTUCKY
41st JUDICIAL CIRCUIT
CLAY CIRCUIT COURT, DIV. _____
CIVIL ACTION NO.: 17-CI_____

*THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED*

THE ESTATE OF ARDIE BYRD by
RUTH BYRD, Administratrix,                                   PLAINTIFFS,

VS.

TRI-STATE HEALTH AND REHABILITATION,
600 Shawnee Road
Harrogate, Tennessee 37752

       Serve:        Corporation Service Company Agent for
                          Service of Process
                          2908 Poston Avenue
                          Nashville, TN 37203

                          Via Certified Mail:

                          Office of the Secretary of State
                          Summons Branch
                          700 Capital Avenue, Suite 86
                          Frankfort, Kentucky 40601

And

TRI-STATE MANOR, LLC
820 67th Ave. N. #71030
Myrtle Beach, SC 29572

       Serve:        Corporation Service Company Agent for
                          Service of Process
                          2908 Poston Avenue
                          Nashville, TN 37203

                          Via Certified Mail:

                          Office of the Secretary of State
                          Summons Branch
                          700 Capital Avenue, Suite 86
                          Frankfort, Kentucky 40601

1

And

**LUIS PANNOCHIA, M.D.**

    Serve:    Luis Pannochia, MD
                  309 N. Broad Street
                  New Tazewell, TN 37825

                  **Via Certified Mail:**

                  **Office of the Secretary of State**
                  **Summons Branch**
                  **700 Capital Avenue, Suite 86**
                  **Frankfort, Kentucky 40601**

**AND**

**HEARTLAND MEDICAL, P.C.**

    Serve:    Luis Pannochia, MD
                  309 N. Broad Street
                  New Tazewell, TN 37825

                                                **DEFENDANTS.**

---

## COMPLAINT

---

Comes the Plaintiffs, **The Estate of Ardie Byrd by Ruth Byrd, Administratrix,** by and through the undersigned counsel and for her Complaint against the Defendants and states as follows:

### I.

### PARTIES

1.    Ardie Byrd, ("Mr. Byrd") died on March 27, 2016. On January 30, 2017, Ruth Byrd was appointed Administratrix of his Estate. Mr. Byrd was a resident of Clay County, Kentucky, having as his address 132 Byrd Hollow Road, Manchester, Kentucky 40962. The Administratrix of the Estate, Ruth Byrd ("Ms. Byrd"), is a resident of Clay

County, Kentucky. From March 3, 2016 to March 20, 2016, Mr. Byrd was a patient of, or under the care of, the Defendants.

2. Defendant, Tri-State Health and Rehabilitation, is an assumed name corporation of Tri-State-Manor, LLC., having its principle office at 600 Shawnee Road, Harrogate, Tennessee 37752.

3. Defendant, Tri-State Manor, LLC. is a Tennessee Corporation, having as its principal office, 820 67th Avenue N. #71030, Myrtle Beach, South Carolina 29572 and having as its registered agent, Corporation Service Company, Poston Avenue, Nashville, Tennessee 37203. (Defendants in paragraphs 4, 17, and 40 collectively referred to as "Tri-State Defendants")

4. The Defendant, Luis Pannochia M.D., is a licensed practicing physician in Tennessee, having an address of 309 N. Broad Street, New Tazewell, Tennessee 37825. Dr. Pannochia is sued individually and as an employee and/or agent of the Tri-State Defendants.

5. The Defendant, Heartland Medical, P.C., having as its principal office at 309 N. Broad Street, New Tazewell, Tennessee 37825, and having as its registered agent for service of process, Luis C. Pannochia, M.D, 309 N. Broad Street, New Tazewell, Tennessee 37825.

## II.

### JURISDICTION AND VENUE

6. Paragraphs 1-5 are incorporated herein by reference.

7. Mr. Byrd, during his lifetime and at the time of his death, was a resident of Clay County, Kentucky.

8. Ms. Byrd was appointed the Administratrix of Mr. Byrd's estate in Clay County, Kentucky.

9. The Estate of Ardie Byrd is currently pending before the Clay County District Court.

10. While receiving treatment at the University of Kentucky Medical Center in Lexington, Kentucky, Mr. Byrd and his representatives and/or agents entered into an agreement with the Tri-State Defendants that he should be transferred to their care at Tri-State Health and Rehabilitation in Harrogate, Tennessee.

11. It is the common practice of the Defendants to accept patients from and to form contracts with health care facilities in the Commonwealth of Kentucky, and to advertise and transact business with citizens of this Commonwealth.

12. The Defendants receive funding from official entities of the Commonwealth of Kentucky, including, but not limited to, Kentucky Medicaid and the Kentucky Teacher's Retirement System.

13. The amount in controversy, in this matter, exceeds Five Thousand Dollars ($5,000.00).

14. KRS. 454.210, Kentucky's long-arm statute, gives Kentucky Courts jurisdiction over non-resident persons and entities.

15. Accordingly, jurisdiction and venue in Clay Circuit Court is appropriate.

### III.

### FACTS

16. Paragraphs 6-15 are incorporated herein by reference.

17. In February of 2016, Mr. Byrd was admitted to the University of Kentucky Hospital due to blood passing through his stool Mr. Byrd treated at the University of Kentucky until March 3, 2016.

18. On March 3, 2016, Mr. Byrd was transferred to Tri-State Health and Rehabilitation in Harrogate, Tennessee. At Tri-State Health and Rehabilitation, Mr. Byrd was treated by Dr. Pannochia, as well as other representatives, agents, and employees of the Tri-State Defendants.

19. On or about March 18, 2016, Mr. Byrd was transferred from Tri-State Health and Rehabilitation to Pineville Community Hospital in Pineville, Kentucky. Shortly thereafter, on the same day, Mr. Byrd was taken to the University of Kentucky Hospital in Lexington, Kentucky.

20. On March 27, 2016, Mr. Byrd died at the University of Kentucky Hospital.

## IV.

## CLAIMS

21. Paragraphs 16-20 are incorporated herein by reference.

22. All Defendants fell below the applicable standard of care by causing/failing to properly diagnose, treat and prevent the Mr. Byrd's worsening medical condition. The Defendants' negligence in failing to properly diagnose and treat the Plaintiff resulted in his injuries and/or wrongful death.

23. All Defendants and their agents and employees negligently delayed or failed to provide treatment and/or neglected care to the Mr. Byrd.

24. All Defendants and their employees and agents had a duty of care to treat, diagnose and monitor Mr. Byrd, so as to sustain, prolong and preserve his life, and they negligently failed to do so resulting in his injuries and death.

25. The Defendants had a duty to employ physicians, nurses and other health care employees of adequate skill and competency and they negligently failed to do so. This factor resulted in the injuries and death described herein.

26. The procedures performed on Mr. Byrd by all Defendants were performed in such a way as to proximately and/or negligently cause/allow or worsen his injuries, including but not limited to septic shock, cytomegalovirus (CMV) colitis, gastrointestinal bleeding, and extensive blistering on his backside. These procedures were performed negligently and fell below the standard of care.

27. Additionally, all Defendants failed to perform proper procedures based upon Mr. Byrd's symptoms and clinical examinations. The lack of these procedures constituted negligence by all Defendants and fell below the standard of care.

28. All Defendants negligently failed to immediately determine what procedures were necessary to address Mr. Byrd's medical conditions. This delay resulted in further injury, suffering and death.

29. All Defendants knew or should have known that Mr. Byrd needed further medical care and procedures, the Defendants negligently failed to keep Mr. Byrd under their observation and care and failed to perform said necessary procedures resulting in Mr. Byrd's untimely death.

30. All Defendants failed to provide Mr. Byrd with nutritional requirements, resulting in injury, suffering, and contributing to his death.

## COUNT I: NEGLIGENCE RESULTING IN DEATH

31. Paragraphs 21-30 are incorporated herein by reference.

32. The Defendants had a duty to adequately diagnose, treat and care for Mr. Byrd. The Defendants were negligent and violated the standard of care by:

   a) Failing to recognize the seriousness of Mr. Byrd's condition upon presentation to the Tri-State Health and Rehabilitation on or about March 3, 2016 and throughout his admissions there;

   b) Failing to recognize Mr. Byrd's risk factors;

   c) Provide Mr. Byrd with adequate nutrition;

   d) Failing to adequately access, transfer or stabilize Mr. Byrd during his admission there.

## COUNT II: WRONGFUL DEATH

33. Paragraphs 31-32 are incorporated herein by reference

34. The negligence of the Defendants resulted in and/or caused the untimely death of Ardie Byrd, and as a result his estate is entitled to recover for his wrongful death pursuant to KRS 411.130.

## COUNT III: NEGLIGENT HIRING, RETENTION, FAILURE TO TRAIN OR TRANSFER

35. Paragraphs 33-34 are incorporated herein by reference.

36. The Defendants had a duty to provide a facility and staff capable of providing care, capable of appropriately treating, diagnosing and, if necessary, transferring Mr. Byrd to a facility meeting the standard of care.

37. The Tri-State Defendants were negligent and fell below the standard of care by:

a)  Failing to employ staff of adequate training and expertise to recognize the seriousness of Mr. Byrd's condition and immediate needs.

b)  Failing to be equipped with staff and equipment necessary to identify his serious risk factors and the gravity of his condition.

c)  Failing to be equipped with staff and equipment necessary to perform the necessary procedures to remedy his critical medical condition.

d)  Failing to properly supervise their employees and have adequate safeguards in place.

e)  Failing to monitor Mr. Byrd. Said negligence resulted in the injury and death of Mr. Byrd.

## COUNT IV: PUNITIVE DAMAGES

38.  Paragraphs 35-37 are incorporated herein by reference.

39.  The actions of all Defendants were wanton, reckless and/or grossly negligent entitling the Estate to recovery of punitive damages.

40.  The negligence of all Defendants described above in paragraphs 1-40 caused the Plaintiff's death and injuries, and resulted in his incurring damages including, but not limited to:

a)  Medical expenses;

b)  Pain and suffering; and

c)  Mental and emotional pain and suffering.

d)  Past pain and suffering;

e)  Past medical expenses;

f)  Mental and emotional pain;

8

g) Funeral expenses;

h) Punitive damages.

## COUNT V. VICARIOUS LIABILITY

41. Paragraphs 38-40 are incorporated by reference.

42. The "Tri-State Defendants" are vicariously liable for the negligence and violations of the standard of care of Defendants named in this Complaint.

43. The Defendant Heartland Medical, P.C. is vicariously liable for the negligence and violations of the standard of care of Defendant Luis C. Pannochia, MD, agent or employee thereof.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff on behalf of Mr. Byrd's Estate, demands damages in excess of the jurisdictional limits of this Court for personal injuries to Mr. Byrd and wrongful death to compensate his Estate for:

a) Past pain and suffering;

b) Past medical expenses;

c) Mental and emotional pain;

d) Funeral expenses;

e) Punitive damages;

f) For a Trial by jury; and

g) For any and all other relief to which it is entitled.

9

Respectfully Submitted,

Jason E. Williams, Esq.
Gregory E. H. Smith, Esq.
303 South Main Street
P. O. Box 3199
London, Kentucky 40743-3199
Telephone: (606) 877-5291
Facsimile:  (606) 877-5294

By:   /s/ Jason E. Williams
      Jason E. Williams, Esq.
      E. Tyler Suttle, Esq.
      *Counsel for Plaintiff*

10

Package:000012 of 000016

Presiding Judge: HON. OSCAR GAYLE HOUSE (641293)

Package : 000012 of 000016

| AOC-105 | Doc. Code: CI | | Case No. _____ |
|---|---|---|---|
| Rev. 1-07 Page 1 of 1 Commonwealth of Kentucky Court of Justice   www.courts.ky.gov CR 4.02; CR Official Form 1 | | **CIVIL SUMMONS** | Court  ✓ Circuit ☐ District County  Clay |

**PLAINTIFF**

The Estate of Ardie Byrd by Ruth Byrd, Administratrix

**VS.**    use mouse to select Individual or Other

**DEFENDANT**

Tri-State Health and Rehabilitation

600 Shawnee Road

Harrogate          Tennessee          37752

**Service of Process Agent for Defendant:**

Corporation Service Company, Agent for Service of Process

2908 Poston Avenue

Nashville          Tennessee          37203

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2____          _____Clerk
                                   By: _____ D.C.

---

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:
_____
this ____ day of _____, 2____.
                    Served by: _____
                               _____Title

Presiding Judge: HON. OSCAR GAYLE HOUSE (641293)
Package : 000013 of 000016

Filed          18-CI-00019      01/26/2018         James S. Phillips, Clay Circuit Clerk

| AOC-105  Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | <br>**CIVIL SUMMONS** | Case No. _____<br>Court  ☑ Circuit  ☐ District<br>County  Clay |
|---|---|---|

**PLAINTIFF**

The Estate of Ardie Byrd by Ruth Byrd, Administratrix

**VS.**   use mouse to select Individual or Other

**DEFENDANT**

Tri-State Manor, LLC

820 67th Ave. N #71030

Myrtle Beach          South Carolina          29572

**Service of Process Agent for Defendant:**

Corporation Service Company, Agent for Service of Process

2908 Poston Avenue

Nashville                                         Tennessee          37203

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

　　　You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

　　　The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2____          _____Clerk

                                             By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this ____ day of _____, 2____.

                                             Served by: _____

                                                         _____Title

---

Filed          18-CI-00019      01/26/2018         James S. Phillips, Clay Circuit Clerk

Presiding Judge: HON. OSCAR GAYLE HOUSE (641293)

Package : 000014 of 000016

Filed          18-CI-00019    01/26/2018          James S. Phillips, Clay Circuit Clerk

| AOC-105<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | Doc. Code: CI | <br>**CIVIL SUMMONS** | Case No. _____<br>Court  ☑ Circuit  ☐ District<br>County  Clay |

**PLAINTIFF**

The Estate of Ardie Byrd by Ruth Byrd, Administratrix

VS.

**DEFENDANT**

Luis                                           Pannochia, MD
309 N. Broad Street

New Tazewell          Tennessee          37825

**Service of Process Agent for Defendant:**
Luis                                           Pannochia, MD
309 N. Broad Street

New Tazewell                              Tennessee          37825

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2_____           _____ Clerk
                                                              By: _____ D.C.

---

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:
_____
this _____ day of _____, 2_____.
                                              Served by: _____
                                                              _____ Title

---

Package:000015 of 000016
Presiding Judge: HON. OSCAR GAYLE HOUSE (641293)
Package : 000015 of 000016

| AOC-105    Doc. Code: CI |  | **CIVIL SUMMONS** | Case No. _____ |
|---|---|---|---|
| Rev. 1-07 |  |  | Court  ☑ Circuit  ☐ District |
| Page 1 of 1 |  |  | County  Clay |
| Commonwealth of Kentucky |  |  |  |
| Court of Justice   www.courts.ky.gov |  |  |  |
| CR 4.02; CR Official Form 1 |  |  |  |

**PLAINTIFF**

The Estate of Ardie Byrd by Ruth Byrd, Administratrix

**VS.**

**DEFENDANT**

Heartland Medical, P.C.

309 N. Broad Street

New Tazewell          Tennessee          37825
City

**Service of Process Agent for Defendant:**

| Luis | Pannochia, MD |  |
|---|---|---|
| Heartland Medical, P.C. |  |  |
| 309 N. Broad Street |  |  |
| New Tazewell | Tennessee | 37825 |

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

    You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

    The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2_____          _____Clerk

                                                                By: _____D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

                                                Served by: _____

                                                                                                                      _____Title



**JAMES S. PHILLIPS**
CIRCUIT COURT CLERK
CLAY CIRCUIT & DISTRICT COURTS
CLAY COUNTY JUSTICE CENTER
316 MAIN STREET, SUITE 108
MANCHESTER, KENTUCKY 40962





U.S. POSTAGE >> PITNEY BOWES

ZIP 40962 $ 012.19⁰
02 4W
0000340169 JAN. 29. 2018

7017 0660 0000 5634 8205

CI 18-CI-00019
641293

LUIS PANNOCHIA, M.D.
309 N. BROAD STREET
NEW TAZEWELL TN 37825

3782586600 R013